|  |  |
|---|---|
| RAYMOND D. GRAHAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, WARDEN,<br><br>　　　　　Respondent.<br>──────────────────────────<br>DASHAWN GRAHAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, WARDEN,<br><br>　　　　　Respondent.<br>────────────────────────── | NOS. SACV 11-00443 R (SS)<br>　& SACV 12-00856 R (SS)<br><br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioners' Objections.  After having made a de novo determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

1    IT IS ORDERED that the Petitions are denied and Judgment shall be
2 entered dismissing these actions with prejudice.

4    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioners, their counsel, and counsel for
6 Respondent.

8    LET JUDGMENT BE ENTERED ACCORDINGLY.

10 DATED: _August 9, 2013_.                    _____
                                               MANUEL L. REAL
11                                             UNITED STATES DISTRICT JUDGE