**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND D. GRAHAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, WARDEN,<br><br>　　　　　Respondent.<br>_____<br><br>DASHAWN GRAHAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, WARDEN,<br><br>　　　　　Respondent.<br>_____ | NOS. SACV 11-00443 R (SS)<br>　& SACV 12-00856 R (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: _August 9, 2013_.　　　　　_____
　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE